IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| VINCENT CANNADY, ) | |
| ) | |
| ) | JUDGMENT IN A CIVIL CASE |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-5054-CV-SW-ODS |
| ) | |
| FIRST COMP., ) | |
| ) | |
| ) | |
| Defendant. ) | |

_____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X___ **Decision by Court.** The issues have been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED 1) denying motion for summary judgement as premature and denying motion to stay response deadline for Plaintiff's motion for summary judgment as moot pursuant to Order entered on 12/03/2007 and 2) granting motion for summary jdugment.**


ANN THOMPSON,
Clerk of Court


DATE: 04/20/2009                /s/ Eva Will-Fees
                                Eva Will-Fees, Courtroom Deputy